IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-52-1001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **I N D I C T M E N T** |
| | ) | |
| MICHAEL ANTWAN WILLIAMS | ) | |

The Grand Jury charges that:

### COUNT ONE

On or about October 16, 2003, in the Eastern District of North Carolina, MICHAEL ANTWAN WILLIAMS, defendant herein, knowingly deposited in a post office and authorized depository for mail matter, to be sent and delivered by the Postal Service and knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication addressed to Individual A, a person known to the Grand Jury, with the intent to extort money and other things of value, which communication contained a threat to injure the person of the addressee and another, in violation of Title 18, United States Code, Section 876(b).

### COUNT TWO

On or about October 16, 2003, in the Eastern District of North Carolina, MICHAEL ANTWAN WILLIAMS, defendant herein, knowingly deposited in a post office and authorized depository for mail matter, to be sent and delivered by the Postal Service and

knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication addressed to Individual B, a person known to the Grand Jury, which communication contained a threat to injure the person of the addressee and another, in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

_____
FOREPERSON

3/2/05
_____
DATE

FRANK D. WHITNEY
United States Attorney

BY: _____
CLAY C. WHEELER
Assistant United States Attorney
Criminal Division